```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH EUGENE HOWE,<br><br>  Defendant. | CR. S-08-035 LKK<br><br>GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS;<br>ORDER |

The United States, by and through its undersigned counsel, hereby requests an extension of time through and including October 27, 2008, to file its response to the defendant's motion to dismiss. The reasons underlying the requested extension are detailed in the attached Declaration of Assistant United States Attorney Kenneth J. Melikian.

DATED: October 21, 2008         Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kenneth J. Melikian

                                By
                                   KENNETH J. MELIKIAN
                                   Assistant U.S. Attorney

1

DECLARATION OF KENNETH J. MELIKIAN

I, Kenneth J. Melikian, declare:

1.   I am an Assistant United States Attorney for the Eastern District of California, and I am assigned to prosecute the above-entitled case.

2.   On January 23, 2008, a one-count indictment was returned against the defendant, charging him with a violation of 18 U.S.C. § 2250(a), failure to register as a sex offender.

3.   At the time this indictment was filed, the defendant was in custody in the State of Washington, where he remains in custody today.

4.   In late February, 2008, the defendant a Detainer Against Sentenced State Prisoner Based on Federal Arrest Warrant.  In that Detainer, the defendant demanded his statutory right to a speedy trial.

5.   On September 25, 2008, the defendant filed with this court a motion to dismiss the indictment against him for an alleged violation of his right to a speedy trial.

6.   On October 6, 2008, the court filed a minute order directing the government to file a response to the defendant's motion to dismiss within ten days.

7.   The undersigned miscalendared its response date, and did not file a response by October 16th.  It so realized this morning.

8.   Some quick research has caused the undersigned to conclude that the defendant's motion may very well have merit. But, before conceding, the government would like to more thoroughly research this issue.

///

9. As the defendant is imprisoned in Washington, the government was not able to notify him of the instant request for an extension of time. But, the defendant's earliest release date has been calculated to be March 26, 2009, and his maximum release date has been calculated to be November 1, 2009. As such, it does not appear that the government's request will impose any burden upon him.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of October, 2008, at Sacramento, California.

/s/ Kenneth J. Melikian
KENNETH J. MELIKIAN

```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR.S-08-035 LKK |
| )  Plaintiff,  )  | |
| )  | ORDER |
| v.  )  | |
| )  | |
| KENNETH EUGENE HOWE,  )  | |
| )  Defendant.  )  | |

For good cause as established in the government's request for an extension of time;

IT IS HEREBY ORDERED, that the government may have until October 27, 2008 to respond to the defendant's motion in this matter.

DATED: October 20, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. S-08-035 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH EUGENE HOWE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on October 20, 2008, she served a copy of the attached:

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California; or by placing said copy into an interoffice delivery receptacle located in the Clerk's Office of the U.S. District Court in Sacramento, California.

**SERVICE BY MAIL**

Kenneth Eugene Howe
#845240
P.O. Box 1839 - Nora Unit - A-28-U
Airway Heights Corrections Center
Airway Heights, Washington 99001-1839

/s/ Virginia Waldrop
VIRGINIA WALDROP