```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH EUGENE HOWE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr.S 08-035-LKK |
| Plaintiff, | ) ORDER APPOINTING COUNSEL |
| v. | ) JUDGE: Hon. Lawrence K. Karlton |
| KENNETH EUGENE HOWE, | ) |
| Defendant. | ) |
| _____ | ) |

    The defendant, KENNETH EUGENE HOWE, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender's Office, though RACHELLE BARBOUR, esq.

    Our office was notified by the Court on October 29, 2008, that an indictment was pending in this case and the Mr. Howe had filed a pro se motion to dismiss the indictment.  Defense counsel spoke with Mr. Howe on October 31, 2008: he requested the appointment of counsel.

//

//

It appears that Mr. Howe qualifies for such appointment as he is currently serving a sentence in a correctional institution in the State of Washington.

DATED: November 3, 2008

>Respectfully submitted,
>DANIEL J. BRODERICK
>Federal Defender
>
>/s/ Rachelle Barbour
>RACHELLE BARBOUR
>Assistant Federal Defender

O R D E R

Having satisfied the court that KENNETH EUGENE HOWE is unable to retain counsel, the court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

DATED: November 3, 2008

>LAWRENCE K. KARLTON
>SENIOR JUDGE
>UNITED STATES DISTRICT COURT

2