DANIEL BRODERICK, Bar #89424
Federal Defender
Rachelle Barbour, Bar #185395
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KENNETH EUGENE HOWE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-035 LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER SETTING BRIEFING AND HEARING SCHEDULE |
| ) | Judge: Lawrence K. Karlton |
| KENNETH EUGENE HOWE, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the parties, Kenneth J. Melikian, Assistant United States Attorney, attorney for Plaintiff, and Defendant, KENNETH EUGENE HOWE, by and through his Attorney, Rachelle Barbour, Assistant Federal Defender, that the court set the following schedule for further briefing and hearing on defendant's Motion to Dismiss:

      Defendant's Reply:      Due on or before December 2, 2008

      Government's Surreply:      Due on or before December 16, 2008

      Hearing on Motion to Dismiss:      January 6, 2009, at 9: 15 a.m.

///

///

///

Dated: November 14, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Rachelle Barbour*

_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
KENNETH EUGENE HOWE

Dated: November 14, 2008

McGregor W. Scott
United States Attorney

*/s/ Rachelle Barbour for*
  *Kenneth J. Melikian*

_____
KENNETH J. MELIKIAN
Assistant U.S. Attorney

O R D E R

Pursuant to the parties' stipulation, the court adopts the above briefing and hearing schedule.

**IT IS SO ORDERED.**

DATED:  November 17, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Howe Stipulation Re: Schedule