| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S-08-035 LKK |
| v. | ) | |
| | ) | |
| KENNETH EUGENE HOWE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee: **KENNETH EUGENE HOWE, # 845240**
Detained at (custodian): **AIRWAY HEIGHTS CORRECTIONAL CENTER**
Detainee is: a.) () charged in this district by: (X) Indictment () Information () Complaint
        charging detainee with: Failure to Register as a Sex Offender.
 or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will: a.) () return to the custody of detaining facility upon termination of proceedings
 or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence
      is currently being served at the detaining facility

*Appearance is necessary on **JANUARY 6, 2009, AT 9:15 A.M.** in the Eastern District of California.*

Signature: /s/ Kenneth J. Melikian
Printed Name & Phone No: KENNETH J. MELIKIAN, (916) 554-2754
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *JANUARY 6, 2009, AT 9:15 A.M.* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 12/17/08

United States Magistrate Judge Dale A. Drozd

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | n/a | Male Female |
| Booking or CDC #: | 845240 | DOB: |
| Facility Address: | 11919 W Sprague Avenue | |
| | Post Office Box 1839, Nora Unite, A-28-U | Race: |
| | Airway Heights, Wa 99001-1839 | FBI #: |
| Facility Phone: | (509) 244-6700 | |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on _____  By: _____
                (Signature)